Andre Demar Gipson
Petitioner
Pro Se
Appellant

PD-0297-15

X  TRIAL CASE No. 0-1-0C-07-302 550
X  CoA No. 03-12-00808-CR
X  In THE Court of Criminal
X       APPEALS AT
X   AUSTIN TEXAS
X

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

## MOTION TO FILE LESS COPIES

HONORABLE JUSTICES OF THE COURT,

Comes Now Pro Se APPELLANT Andre Demar Gipson brings this motion in good Faith Motion to File Less Copies.

APPELLATE is A true forma PAUPERIS AND CANNOT AFFORD the other copies he is too poor to Provide the Additional copies. he does Not own Any LAND, Property. PLEASE take Judicial notice From the third Court of APPEALS on their Modified Judgement on <u>Feb. 12, 2015</u> THAT APPELLANT is indigent And unable to pay costs.

### PRAYER

he prays such relief deem Just

FILED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

### CERTIFICATE OF SERVICE

on the day of 3-11-15 He sent this motion, motion to File Less Copies to the CoA clerk Louise Pearson By mail from the community Unit 899 Fr 632 Kenedy TX. 78119

Sincerely
Andre
Demar
Gipson
3-11-15